AO 91 (Rev. 11/11) Criminal Complaint          AUSA Stephanie Stern (312) 469-6132

**FILED** 10/4/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANTHONY GONZALEZ ALVAREZ

CASE NUMBER: 25CR635

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about October 3, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 111(a) and (b) | forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with persons designated in Title 18, United States Code, Section 1114, namely, officers of the Customs and Border Protection, while they were engaged in the performance of their official duties, and in the commission of such acts used a deadly and dangerous weapon |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

*Michael Ford /by HKM*

MICHAEL FORD
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: October 4, 2025    at 3:24 p.m.        *Heather K. McShain*

                                                                                  *Judge's signature*

City and state: Chicago, Illinois            HEATHER K. MCSHAIN, U.S. Magistrate Judge
                                                                                   *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, MICHAEL FORD, being duly sworn, state as follows:

### I. AFFIANT'S BACKGROUND AND PURPOSE OF AFFIDAVIT

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed for 22 years. My current responsibilities include the investigation of narcotics trafficking offenses, including criminal violations of the federal controlled substance laws, including, but not limited to Title 21, United States Code, Sections 841, 843, 846, 848, 952, and 953. I am currently assigned to the Homeland Security Task Force of the FBI's Chicago Field Division.

2. This affidavit is submitted in support of a criminal complaint alleging that Anthony Gonzalez ALVAREZ has violated Title 18, United States Code, Section 111(a) and (b). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ALVAREZ with forcibly assaulting, resisting, opposing, impeding, intimidating, and interfering with persons designated in Title 18, United States Code, Section 1114, namely, officers of the Customs and Border Protection, while they were engaged in the performance of their official duties, and in the commission of such acts using a deadly and dangerous weapon, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge and involvement in this investigation, information provided to me by other law enforcement agents, my training and experience, and my review of an officer recording and several recordings posted on Facebook.

II. FACTS SUPPORTING PROBABLE CAUSE

4. According to Officer A, who is a member of the Customs and Border Protection Special Response Team ("CBP SRT"), on or about October 3, 2025, at approximately 10:15 a.m., members of the CBP SRT (Officers A, B, and C, all in a single vehicle) responded to a call from a Border Patrol Strike Team requesting assistance in separating from four to five civilian vehicles that were tailing the Border Patrol Strike Team and honking. Officer A was the driver of the CBP SRT vehicle, Officer B was in the front passenger seat, and Officer C was in the middle-right passenger seat.

5. According to Officers B and C, they immediately responded to the request for assistance, and maneuvered the CBP SRT car between the Border Patrol Strike Team vehicle and the civilians. At or around this time, a black Ford F350 pick-up truck that had been part of the general convoy pulled up such that it was immediately behind the CBP SRT car and began aggressively driving behind their vehicle. The pick-up truck appeared to be driven by a male and there were no visible

2

passengers. The CBP SRT team attempted to get away from the Ford pick-up truck by taking a series of quick turns, but the truck continued to tail them.

6. According to Officers B and C, at approximately 10:23 a.m., the black pick-up truck began swerving behind their CBP SRT vehicle, and eventually sped forward, hitting the rear, driver-side of the CBP SRT vehicle as it sped by. At around this time, Officers A, B and C, identified the pick-up truck as bearing Illinois registration 182301C and Officer B called his supervisor and provided the plate number. After hitting the CBP SRT vehicle, the pick-up truck and the CBP SRT vehicle went down different streets.

7. According to video footage of the incident, the black Ford pick-up can be seen swerving behind the CBP SRT vehicle and then speeding past the driver's side of the vehicle.

8. According to photographs taken of the CBP SRT vehicle after the incident, the CBP SRT vehicle sustained damage in the rear, driver's side of the vehicle, consistent with the hit described by law enforcement.

9. According to Officers B and C, approximately one to two minutes after separating, the black Ford pick-up returned and again began tailing their CBP SRT vehicle. At this point, the officers in the CBP SRT vehicle decided to stop the vehicle in the middle of the street, at which point the driver of the black Ford pick-up began exiting the vehicle and got halfway out of the truck, with his face visible outside of the truck. The CBP SRT officers were able to see that the driver of the vehicle was a heavyset Hispanic male wearing a white t-shirt (later identified as Anthony Gonzalez

3

ALVAREZ). The male who exited the vehicle looked the same as the male who Officers B and C saw earlier, when the Ford pick-up hit the CBP SRT vehicle. Within seconds of stopping, the CBP SRT officers began driving away, the Hispanic male got back in his truck, and the black Ford pick-up followed the CBP SRT vehicle. The CBP SRT officers deployed PepperBall rounds at the truck, and it discontinued following the CBP SRT vehicle.

10. According to registration records, the black Ford pick-up bearing Illinois registration 182301C is registered to Anthony Gonzalez ALVAREZ in Lyons, Illinois. Officers B and C reviewed a photograph of ALVAREZ from his driver's license, which was obtained from the Illinois Secretary of State database, and confirmed that he was the Hispanic male who they saw in the black Ford pick-up truck on October 3, 2025.

11. According to Officers B and C, at approximately 11:30 a.m., law enforcement located the black Ford pick-up parked in the alley behind a residence in the West Lawn neighborhood of Chicago, Illinois. As law enforcement was surveilling the black Ford pick-up, ALVAREZ exited the residence, got into the truck, and drove away at a high rate of speed. Law enforcement followed ALVAREZ and activated their emergency lights to effect a traffic stop. The Ford pick-up did not stop and began driving erratically, including driving through a fence. At this point, law enforcement discontinued its pursuit of the truck out of concern for civilian safety.

### III. CONCLUSION

12. Based on the foregoing, there is probable cause to believe that on or about October 3, 2025, ALVAREZ did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, namely, officers of the Customs and Border Protection, while they were engaged in the performance of their official duties, and in the commission of such acts use a deadly or dangerous weapon, in violation of Title 18, United States Code, Section 111(a) and (b).

FURTHER AFFIANT SAYETH NOT.

*Michael Ford /by HKM*

MICHAEL FORD
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone October 4, 2025.

*Heather K. McShain*

Honorable HEATHER K. MCSHAIN
United States Magistrate Judge