**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                           Case No.: 1:25−cr−00635
                                                             Honorable Heather K. McShain

Anthony Gonzalez Alvarez
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Monday, October 6, 2025:


    MINUTE entry before the Honorable Heather K. McShain: Detention hearing held on 10/06/2025. For the reasons stated on the record, the Court finds there is a combination of conditions to reasonably assure the safety of the community and defendant 9;s appearance at future court hearings. The Government's oral motion for pretrial detention is denied. Defendant and third−party custodian were admonished on the record of the terms and conditions of the release order. Defendant released on a &#036;5,000 appearance bond (co−signed by third−party custodian) with conditions. Enter Order Setting Conditions of Release. Defendant shall be released after processing. In−person preliminary examination hearing is set before Magistrate Judge McShain for 10/24/2025 at 11:00 a.m. in Courtroom 1025. (ec, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.