UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) Case No. 25-CR-635 |
| v. | ) |
| | ) Judge Heather K. McShaine |
| ANTHONY GONZALEZ ALVAREZ, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO CONTINUE PRELIMINARY HEARING**

ANTHONY GONZALEZ ALVAREZ, by and through his undersigned counsel, respectfully moves this Court to reschedule the October 24, 2025 Preliminary Hearing. In support of this Motion, ANTHONY GONZALEZ ALVAREZ states follows:

1. On October 6, 2025, Defendant ANTHONY GONZALEZ ALVAREZ' Initial Appearance was held. *See* Dkt. 3.

2. On October 6, 2025, this Court scheduled a preliminary hearing in this matter to be heard on October 24, 2025 at 11:00 a.m.

3. At the time of the scheduling of the preliminary hearing, undersigned counsel inadvertently failed to realize that he was scheduled to return from an out-of-town conference in St. Louis, MO on October 24, 2025 and that he would not arrive back in Chicago until about 2:00 p.m.

4. In light of his schedule, undersigned counsel respectfully asks this Court to reschedule the preliminary hearing on October 27, 2025, and at a time convenient for the Court and counsel for the Government. Rescheduling the preliminary hearing to this date would still comply with the 21-Day requirement set forth in Fed. Rules of Crim. P. 5(c).

5. This request is not meant to delay the proceedings but rather to allow ANTHONY GONZALEZ ALVAREZ to have continuity of counsel.

6. The Government has been made aware of this request and has no objection to the continuance of the preliminary hearing to October 27, 2025.

WHEREFORE, ANTHONY GONZALEZ ALVAREZ respectfully requests that the Court reschedule the preliminary hearing to October 27, 2025.

Dated: October 17, 2025                    Respectfully submitted,

                                           By: /s/ Ricardo Meza
                                               Ricardo Meza
                                               Attorney for Anthony Gonzalez Alvarez

Ricardo Meza
Meza Law
55 E. Monroe Street, Suite 3250
Chicago, IL 60605
(312) 802-0336
rmeza@meza.law

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 17, 2025, I electronically filed the Unopposed Motion to Reschedule Preliminary Hearing which will send notification of such filing to all counsel of Record including counsel for the United States of America.

Dated: October 17, 2025                                             Respectfully Submitted,

                                                                             /s/ Ricardo Meza
                                                                             Ricardo Meza

Ricardo Meza
Meza Law
55 E. Monroe Street, Suite 3250
Chicago, IL 60605
(312) 802-0336
rmeza@meza.law