


**FILED** 10/23/2025 THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT

CVK

**FELONY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

| Name | Issue Arrest Warrant | In Custody |
|---|---|---|
| Anthony Gonzalez Alvarez | No | No |

Is this an indictment or information arising out of offenses charged in one or more previously filed complaints involving the same parties and relating to the same subject matter? **Yes**
Case Number: **25 CR 635**
Case Title: **US v. Anthony Gonzalez Alvarez**

Is this an indictment or information that supersedes one or more previously filed indictments or informations? **No**

Is any defendant charged in this matter currently under supervised release in the Northern District of Illinois? **No**

Does this indictment or information charge 15 defendants or more? **No**

Does this indictment or information charge between 8-14 defendants, or charge Capital murder? **No**

What is the most severe level of offense/penalty in this indictment or information?
**Assault on Federal Officer III**

Does the indictment or information charge a felony offense? **Yes**

List of Statutes: **18 U.S.C. § 111(a) and (b)**

Assistant United States Attorneys: **Stephanie Stern & Jared Jodrey**

Contact Person and Phone Number: **Jared Jodrey (312-353-5358)**