# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | |
| v. | | Case No.: 1:25−cr−00635 |
| | | Honorable LaShonda A. Hunt |
| Anthony Gonzalez Alvarez | | |
| | Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 14, 2025:

MINUTE entry before the Honorable LaShonda A. Hunt: Government's Uncontested Motion for Early Return of Trial Subpoenas [19] was not noticed for presentment in accordance with this Court's case management procedures. Counsel is reminded to review and comply with all court procedures. For future reference, non−compliant motions may be summarily stricken. As a one−time courtesy, the Court will consider and grant the motion. Pursuant to Fed. R. Crim. P. 17(c), the parties are authorized to issue early return trial subpoenas, with reciprocal disclosure of any subpoenaed materials that are obtained. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.