**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

UNITED STATES OF AMERICA
                            Plaintiff,

v.                                              Case No.: 1:25−cr−00635
                                              Honorable LaShonda A. Hunt

Anthony Gonzalez Alvarez
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 25, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: In−person status hearing held. Defendant Anthony Gonzalez Alvarez (1) present in court on bond with the assistance of defense counsel. Continued status hearing set for 1/8/26 at 10:00AM in Courtroom 1425. As discussed, both sides are directed to provide copies of subpoenas to each other when they are issued. Government's oral unopposed motion to exclude time is granted. Time is excluded to 1/8/26, in the interest of justice. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.