UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES | No. 25 CR 635 |
| v. | Judge LaShonda A. Hunt |
| ANTHONY GONZALEZ ALVAREZ | |

## GOVERNMENT'S AGREED MOTION TO STAY SENTENCING PROCEEDINGS

Now comes the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and states as follows in support of its agreed motion to stay the sentencing proceedings in the above-captioned case:

In October 2025, defendant was charged by indictment with a violation of 18 U.S.C. § 111(a) and (b). On or about April 15, 2026, defendant pleaded guilty to misprision of a felony, in violation of 18 U.S.C. § 4, pursuant to a superseding information and written plea agreement. Pursuant to Fed. R. Crim. P. 11 (c)(3), the Court deferred making a decision on the binding plea agreement as to defendant's sentence until it had an opportunity to review the Presentence Investigation Report.

The parties are in the process of evaluating a potential legal issue with the misprision charge contained in the superseding information, and, relatedly, the government has re-offered defendant a misdemeanor § 111(a) plea agreement that would resolve the case. Therefore, the parties request that the Court stay the sentencing proceedings, including the Probation Office's submission of the Presentence Investigation Report, for 30 days and schedule the case for a status hearing in later July or early August 2026.

Respectfully submitted,

ANDREW S. BOUTRIS
United States Attorney

By:   <u>/s/ Stephanie Stern</u>
STEPHANIE STERN
Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312-469-6132