UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES | No. 25 CR 635 |
| v. | Judge LaShonda A. Hunt |
| ANTHONY GONZALEZ ALVAREZ | |

**GOVERNMENT'S AGREED MOTION TO
WITHDRAW PLEA AGREEMENT AND SET CHANGE OF PLEA**

Now comes the United States of America, by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and states as follows in support of its agreed motion to withdraw the prior plea agreement and set a new change of plea in the above-captioned case:

In October 2025, defendant was charged by indictment with a violation of 18 U.S.C. § 111(a) and (b). On or about April 15, 2026, defendant pleaded guilty to misprision of a felony, in violation of 18 U.S.C. § 4, pursuant to a superseding information and written plea agreement. Pursuant to Fed. R. Crim. P. 11 (c)(3), the Court deferred making a decision on the binding plea agreement as to defendant's sentence until it had an opportunity to review the Presentence Investigation Report.

On June 24, 2026, the government submitted an agreed motion to stay the proceedings to evaluate a legal issue with the misprision charge and to discuss with defendant the possibility of a misdemeanor § 111(a) plea. Defendant has accepted the proposed misdemeanor § 111(a) plea agreement and the parties would like to set a change of plea date. Additionally, the government moves to withdraw the prior plea agreement, docket entry number 36.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:   <u>/s/ Stephanie Stern</u>
STEPHANIE STERN
Assistant United States Attorney
United States Attorney's Office
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312-469-6132