**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

USA,

Plaintiff,

v.

Anthony Gonzalez Alvarez,

Defendant.

Case No. 25 CR 635-1

Judge LaShonda A. Hunt

## ORDER

Arraignment and change of plea hearing held. Defendant Anthony Gonzalez Alvarez (1) present in court on bond with the assistance of defense counsel. Defendant acknowledges receipt of the Second Superseding Information filed by the United States Attorney's Office and waives formal reading of the Second Superseding Information. Defendant is advised of charges and penalties available under the law and informed of his rights. Upon inquiry under oath, the finding and judgment of the Court is that the defendant is fully competent and capable of entering into an informed plea, and the defendant is aware of the nature of the charges and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Enter Plea Agreement. Consequently, the Court defers acceptance of the Defendant's plea of guilty to the misdemeanor count until preparation and review of the presentence investigation report. This case is referred to the Probation Office for preparation of the presentence report. Pursuant to Local Criminal Rule 32. l(f), the Court gives notice to the Probation Office and directs it to disclose the Probation Office's sentencing recommendation (along with the PSR) to counsel for the defendant and the government. Presentence report is due 10/15/26. Prior to the filing of any sentencing memorandum, the Government shall meet and confer with defense counsel regarding any restitution issues and discuss any agreements or disputes in its sentencing memorandum, and shall further ensure one-week prior to the sentencing date that any restitution and/or victim information is forwarded to the Probation Department for processing. The Government is advised that any untimely restitution submissions to Probation shall result in a continuance of the sentencing date. Sentencing material and any memoranda making objections to the presentence report, seeking sentencing departures or variances, or otherwise discussing the sentencing factors set forth in Title 18 U.S.C. Section 3553(a) must be filed (in one combined filing per side) by 11/5/26. In their sentencing materials, the parties must state whether they have any objections to, or alternate recommendations regarding, both the term and conditions of supervised release as recommended by the Probation Office. Any responses must be filed by 11/12/26. Failure to file the material or memoranda by that deadline risks waiver or forfeiture, including the inability to raise untimely objections to the presentence report. Sentencing is set for 11/19/26 at 10:30AM in

Courtroom 1425. Bond to stand pending further order of the Court. Government's oral unopposed motion to exclude time is granted. Time is excluded to 11/19/26, in the interest of justice. (T:35)

Dated: 8/13/26

LaShonda A. Hunt

LaShonda A. Hunt
United States District Judge